UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH McDANIELS, | Case No. 10-cv-823-MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| HENRI FISCHER, et al., | |
| Defendants. | |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, and noting the absence of any objections to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment, Dkt. 31, is GRANTED.

(3) Plaintiff's motion for summary judgment, Dkt. 24, is DENIED, and this action is DISMISSED with prejudice.

1     (4)     The Clerk is directed to send copies of this Order to the plaintiff, counsel for the defendants, and to the Honorable James P. Donohue.

DATED this 21st day of July, 2011.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge